No. 914, Misc.  BOYER *v.* NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied.

No. 921, Misc.  LUPO *v.* FAY, WARDEN.  C. A. 2d Cir. Certiorari denied.

No. 925, Misc.  COLEMAN *v.* NEW YORK.  Appellate Division, Supreme Court of New York, First Judicial Department.  Certiorari denied.

No. 931, Misc.  MADESEN *v.* BENNETT, WARDEN.  Supreme Court of Iowa.  Certiorari denied.

No. 932, Misc.  BALL *v.* OHIO.  Supreme Court of Ohio. Certiorari denied.

No. 951, Misc.  EDWARDS *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 1033, Misc.  GRAVETTE *v.* REID, JAIL SUPERINTENDENT.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 717.  LYNCHBURG TRAFFIC BUREAU *v.* SMITH'S TRANSFER CORP. OF STAUNTON, VIRGINIA, *ante,* p. 915;
No. 756.  WHITING ET AL. *v.* UNITED STATES, *ante,* p. 935;
No. 822, Misc.  OTTO *v.* LAUER, *ante,* p. 947; and
No. 845, Misc.  OTTO *v.* SOMERS, MAYOR OF THE CITY OF DAYTON, OHIO, ET AL., *ante,* p. 948.  Petitions for rehearing denied.